UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR MCCONNELL, | No. 2:18-cv-1916 DB |
| Plaintiff, | |
| v. | ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

A summons was issued in this action on July 11, 2018. (ECF No. 3.) Despite the considerable passage of time, plaintiff has not filed a proof of service on the defendant and the defendant has not appeared in this action. Rule 4(m) of the Federal Rules of Civil Procedure provides that a defendant must be dismissed if service of the summons and complaint is not accomplished on the defendant within 90 days after the complaint was filed.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing within fourteen days as to why this case should not be dismissed for lack of prosecution. Failure to file a timely response may result in the dismissal of this action.

Dated: March 1, 2019

DLB:6
DB\orders\orders.soc sec\mcconnell1916.osc.service.ord

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE